FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2024 MAR 22 P 4:55

CAROL L. MICHEL
CLERK

SEALED

FELONY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL**
**CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 24-58 |
| **v.** | * | **SECTION:** SECT. OMAG. 1 |
| **KEVIN THOMPSON** | * | **VIOLATIONS:** 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>18 U.S.C. § 924(c)(1)(A)(i) |
| | * | |

* * *

The Grand Jury charges that:

**COUNT 1**
(Possession with Intent to Distribute Cocaine)

On or about June 9, 2023, in the Eastern District of Louisiana, the defendant, **KEVIN THOMPSON,** did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 2**
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about June 9, 2023, in the Eastern District of Louisiana, the defendant, **KEVIN THOMPSON,** did knowingly possess a firearm, to wit: a Springfield Armory HS Produkt Model

___Fee___
___Process___
_X_Dktd___
___CtRmDep___
___Doc.No.___

Hellcat, 9mm pistol, bearing serial number BB543961, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute five hundred (500) grams or more of cocaine, as charged in Count 1 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 and 2 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **KEVIN THOMPSON**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any property, used or intended to be used, in any manner or part to commit or to facilitate the commission of said offense, including but not limited to:

$228,000 in United States currency.

3. As a result of the offense alleged in Count 2, the defendant, **KEVIN THOMPSON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to the following:

Springfield Armory HS Produkt Model Hellcat, 9mm pistol, bearing serial number BB543961.

4. If any of the above-described property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

ANDRÉ JONES
Assistant United States Attorney

New Orleans, Louisiana
March 22, 2024

FORM OBD-34

*No.* ____________

**UNITED STATES DISTRICT COURT**

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

**KEVIN THOMPSON**

# INDICTMENT

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROLL ACT AND THE**

**VIOLATION: Title 21, U.S.C., Section 841(a)(1)**
**21 U.S.C. § 841(b)(1)(B)**
**18 U.S.C. § 924(c)(1)(A)(i)**

*Filed in open court this* ____________ *day of* ____
____________ *A.D. 2024.*

____________
*Clerk*

*Bail, $* ____________

**ANDRE' JONES**
**Assistant United States Attorney**

For Andre Jones