FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.
2024 DEC 13 P 1:19
CAROL L. MICHEL
CLERK

**SEALED**

**FELONY**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SUPERSEDING INDICTMENT FOR CONSPIRACY TO COMMIT WIRE FRAUD, AGGRAVATED IDENTITY THEFT, MONEY LAUNDERING AND VIOLATIONS OF THE EEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-cr-58** |
| **v.** | * | **SECTION: "O"** |
| **KEVIN J. THOMPSON** | * | **VIOLATION: 18 U.S.C. § 1343** |
| **NINA THOMAS** | | **18 U.S.C. §1349** |
| | * | **18 U.S.C. § 1028A(a)(1)** |
| | | **18 U.S.C. § 1957** |
| | * | **18 U.S.C. § 841(a)(1)** |
| | | **18 U.S.C. §841(a)(1)(B)** |
| | * | **18 U.S.C. §924(c)(1)(A)** |
| | * | |

* * *

The Grand Jury charges that:

**COUNT 1**
(Conspiracy to Commit Wire Fraud)

**A. AT ALL TIMES MATERIAL HEREIN:**

1. Defendant **KEVIN J. THOMPSON ("THOMPSON")** lives in New Orleans and is a resident of the state of Louisiana.

___Fee
___Process
X Dktd
___CtRmDep
___Doc.No.

2. Defendant **NINA THOMAS** (“**THOMAS**”) lives in Austin and is a resident of the state of Texas. **THOMAS** and **THOMPSON** met in 2021 and entered into a romantic relationship.

3. VICTIM 1 lives in Orange, Texas. VICTIM 1 is the estranged spouse of **THOMAS**. On or around May 17, 2024, VICTIM 1 was deemed incapacitated by the Travis County Probate Court, in Austin, Texas and his mother was given guardianship of his estate.

4. **THOMAS** and VICTIM 1 signed a prenuptial agreement on or around April 12, 2016. The agreement stated, in part: “the real and personal property that each party owns or claims prior to marriage…will remain that party’s separate property during the marriage. All property, both real and personal (including all contract rights and income and proceeds therefrom), that either party acquires during the marriage by gift, devise, or descent, will be the separate property of the recipient.”

5. On or around December 29, 2020, **THOMAS** filed a petition for a divorce from VICTIM 1 in Travis County, Texas. Travis County has a standing order in effect for all family law cases filed on or after January 1, 2020. The standing order includes the following order for divorcing spouses:

a. Do NOT destroy, remove, conceal, encumber, transfer, or otherwise harm or reduce the value of the property of one or both spouses.

b. Do NOT sell, transfer, assign, mortgage, encumber, or alienate in any manner property of either spouse, unless specifically authorized by this Order.

c. Do NOT incur any debt, other than legal expenses in connection with this case, unless the debt is specifically authorized by this Order.

d. Do NOT withdraw or transfer money from any account in any financial institution for any purpose, except as specifically authorized by this Order.

e. Do NOT spend any cash in either spouse's possession or subject to either spouse's control for any purpose, except as specifically authorized by this Order.

f. Do NOT sign or endorse your spouse's name on any negotiable instrument, check, or draft, such as tax refunds, insurance payments, and dividends. Do NOT attempt to negotiate any negotiable instrument payable to your spouse without your spouse's personal signature.

g. Do NOT enter, operate, or exercise control over the vehicle in your spouse's possession.

5. Individual 1 is a resident of Houston, Texas.

6. Capital One is a Federal Deposit Insurance Corporation insured bank, with branches throughout the United States, including the Eastern District of Louisiana.

7. Jefferson Federal Financial Credit Union is a member-owned, not-for-profit financial institution and was federally insured by the National Credit Union Association.

**B. <u>THE CONSPIRACY</u>:**

Beginning on or about September 6, 2021, and continuing until a date unknown, but no earlier than December 13, 2024, in the Eastern District of Louisiana and elsewhere, the defendants **KEVIN THOMPSON** and **NINA THOMAS**, and others known and unknown to the Grand Jury, willfully and knowingly did combine, conspire, confederate, and agree to transmit and cause to be

transmitted by means of wire communications in interstate commerce, any writings, signs, signals, pictures, and sounds, for purposes of executing a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1343.

**C. OBJECT OF THE CONSPIRACY AND SCHEME TO DEFRAUD:**

The object of the conspiracy was for the defendants to obtain money and property by means of materially false and fraudulent pretenses and representations, by causing funds and property from VICTIM 1, without his knowledge or consent, to be transferred to bank accounts under **THOMPSON** and **THOMAS'** control. Through this conspiracy and scheme, defendants and their co-conspirators fraudulently obtained more than $2.7 million from VICTIM 1.

**D. MANNER AND MEANS OF THE CONSPIRACY:**

The manner and means by which **KEVIN THOMPSON**, **NINA THOMAS**, and other co-conspirators sought to accomplish the object and purpose of the conspiracy included, among other things, the following:

1. On or about May 23, 2022, one of the co-conspirators created a Google email account that contained VICTIM 1's name ("THE EMAIL ACCOUNT"). The recovery email and short message service for THE EMAIL ACCOUNT belonged to **THOMPSON**.

2. On or around May 25, 2022, an account ending with x2483 was opened online at Capital One Bank ("CAPITAL ONE ACCOUNT") in the name of VICTIM 1, identifying THE EMAIL ACCOUNT as the email address and the address on **THOMPSON's** driver's license as the physical address. Login records provided by Capital One Bank show the IP address used to open the account was located near Dallas, Texas and was initiated by a device named "Nina's iPhone." On or around May 27, 2022, a check from VICTIM 1's former employer, payable to

VICTIM 1, in the amount of $885,491.00, was deposited into the CAPITAL ONE ACCOUNT at a Capital One Branch in New Orleans, in the Eastern District of Louisiana. Between May of 2022 and May of 2023, more than $1,456,000.00 was deposited into the CAPITAL ONE ACCOUNT, including $100,000 from VICTIM 1's TD Ameritrade account and $80,000 from VICTIM 1's US Bank account.

3. On or around May 25, 2022, account 12-0020 was opened at Jefferson Financial Credit Union ("JFCU ACCOUNT") in the name of VICTIM 1, identifying THE EMAIL ACCOUNT as the email address and **THOMPSON's** cell phone as the home telephone number. The physical address on the application was the actual address of VICTIM 1. The JFCU ACCOUNT was opened with a deposit of $10 and on or around May 27, 2022, a wire transfer of $104,157.16, from VICTIM 1's TD Ameritrade account, was deposited into the JFCU ACCOUNT. Between May and July of 2022, over $860,000.00 from VICTIM 1's TD Ameritrade account was wired to the JFCU ACCOUNT.

4. On or around June 10, 2022, **THOMAS** and **THOMPSON** used VICTIM 1's driver's license to fraudulently get a third-party credit card authorization notarized, to debit VICTIM 1's credit card. Individual 1 submitted the form to a plastic surgery practice causing $5,500 to be charged to VICTIM 1's credit card for Individual 1's breast implants.

5. On or around August 15, 2022, a forged Direct Deposit Authorization Form was submitted to VICTIM 1's former employer's union, directing all payments be sent to the CAPITAL ONE ACCOUNT.

6. On or around October 3, 2022, **THOMPSON** purchased a $28,796.59 Hermes Birkin handbag for **THOMAS**, using funds fraudulently obtained from VICTIM 1, which were wired into the JFCU ACCOUNT.

All in violation of Title 18, United States Code, Section 1349.

**COUNTS 2 – 4**
(Wire Fraud)

**A. AT ALL TIMES MATERIAL HEREIN:**

The allegations contained in Count 1 are incorporated by reference as if fully set forth herein.

**B. THE SCHEME:**

Beginning at a time unknown, but no later than September 6, 2021, and continuing until on or about December 13, 2024, in the Eastern District of Louisiana and elsewhere, **KEVIN THOMPSON** and **NINA THOMAS** did knowingly devise and intend to devise a scheme and artifice to defraud and obtain money and property by means of false and fraudulent pretenses, representations, and promises.

**C. THE WIRES:**

On or about the dates listed below, in the Eastern District of Louisiana and elsewhere, **KEVIN THOMPSON** and **NINA THOMAS**, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud and to obtain money, funds, and property by means of false and fraudulent pretenses, representations, and promises, did knowingly transmit and cause to be transmitted in interstate commerce certain writings, signs, signals, and sounds by means of wire communications from the Eastern District of Louisiana to outside of Louisiana:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| **2** | 05/27/2022 | $885,491.00 Check No. 00600772, Deposited into the Capital One Account |
| **3** | 08/29/2022 | $139,039.72. Check No. 25597, Deposited into the Capital One Account |
| **4** | 05/17/2023 | $85,000.00 Check No. 26056, Deposited into the Capital One Account |

In violation of Title 18, United States Code, Sections 1343 and 2.

**COUNTS 5 - 9**
(Aggravated Identity Theft)

**A. AT ALL TIMES MATERIAL HEREIN:**

The allegations contained in Count 1 are incorporated by reference as if fully set forth herein.

**B. THE OFFENSE**

On or around the dates and in the approximate amounts set forth below, in the Eastern District of Louisiana and elsewhere, **KEVIN THOMPSON** and **NINA THOMAS**, during and in relation to a conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349, as alleged in Count 1 herein, knowingly possessed and used, without lawful authority, a means of identification of VICTIM 1, knowing that the means of identification belonged to another actual person:

| COUNT | DATE | DESCRIPTION | IDENTIFICATION |
|---|---|---|---|
| **5** | 06/10/2022 | Notarized Credit Card Authorization | VICTIM 1's Driver's License |
| **6** | 06/30/2022 | $200,000 Cash Withdrawal | VICTIM 1's Driver's License |
| **7** | 08/05/2022 | $130,000 Cash Withdrawal | VICTIM 1's Driver's License |
| **8** | 08/15/2022 | Direct Deposit Authorization | VICTIM 1's Social Security Number |
| **9** | 09/15/2022 | $300,000 Cash Withdrawal | VICTIM 1's Driver's License |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNTS 10 - 14
(Money Laundering)

**B. THE OFFENSE:**

On or about the dates set forth below, in the Eastern District of Louisiana and elsewhere, the defendants, **KEVIN THOMPSON** and **NINA THOMAS**, did knowingly engage and attempt to engage in the following monetary transactions by, through, or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is the transactions listed below, such property having been derived from a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343:

| COUNT | DATE | MONETARY TRANSACTION | DEFENDANT |
|---|---|---|---|
| **10** | 06/30/2022 | $200,000 Cash Withdrawal from The Capital One Account | **THOMPSON** |
| **11** | 08/05/2022 | $130,000 Cash Withdrawal from The Capital One Account | **THOMPSON and THOMAS** |
| **12** | 09/15/2022 | $300,000 Cash Withdrawal from The Capital One Account | **THOMPSON and THOMAS** |
| **13** | 10/03/2022 | $28,796 Purchase of a Hermes Birkin Handbag | **THOMPSON and THOMAS** |
| **14** | 11/17/2023 | $52,890 Purchase of a Porsche Panamera | **THOMPSON** |

All in violation of Title 18, United States Code, Section 1957.

**COUNT 15**
(Possession with Intent to Distribute Cocaine)

On or about June 9, 2023, in the Eastern District of Louisiana, the defendant, **KEVIN THOMPSON,** did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 16**
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about June 9, 2023, in the Eastern District of Louisiana, the defendant, **KEVIN THOMPSON,** did knowingly possess a firearm, to wit: a Springfield Armory HS Produkt Model Hellcat, 9mm pistol, bearing serial number BB543961, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute five hundred (500) grams or more of cocaine, as charged in Count 15 of this Superseding Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**NOTICE OF FORFEITURE**

1. The allegations of Counts 1 through 4 and 10 through 14 of this Superseding Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 through 4, the defendants, **KEVIN THOMPSON** and **NINA THOMAS,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property real or personal which constitutes or is derived from proceeds traceable to said offense, including, but not limited to:

i. One (1) Hermes Chevre Mysore Horseshoe Birkin 25 in gris perle and bleu paon;

ii. One (1) Chanel denim quilted mini chain belt bag in blue, designer identification number KAC9K3H9;
iii. One (1) yellow gold diamond double sided picture pendant purchased from ZoFrost & Co.;
iv. One (1) yellow gold rope chain purchased from ZoFrost & Co.;
v. Two (2) yellow gold Hermes chains purchased from ZoFrost & Co.;
vi. Three (3) custom pendants purchased from ZoFrost & Co.;
vii. One (1) pair of Chanel NL526 Dore/Crista earrings;
viii. One (1) pair of Chanel NL010 Dore Crista earrings;
ix. One (1) pair of Chanel NM079 Dore Clair earrings;
x. One (1) Rhude A Perfect Day hoodie in vintage black;
xi. One (1) Saint Laurent Varsity Hoodie Nero/Nature;
xii. One (1) Balmain printed hoodie in green and black;
xiii. One (1) Marni multicolor stripe mohair sweater;
xiv. One (1) pair of Lanvin blue/green curb sneakers;
xv. One (1) pair of Balenciaga black track LED sneakers;
xvi. One (1) all over skull bowling shirt;
xvii. One (1) Wes Lang skull bowling shirt;
xviii. One (1) pair of Dior mauve, mesh microfiber sneakers;
xix. One (1) pair of Dior jacquard blue sneakers;
xx. 2018 Porsche Panamera, Vehicle Identification Number WP0AA2A76JL101813.

3. As a result of the offenses alleged in Counts 10 through 14, the defendants, **KEVIN THOMPSON** and **NINA THOMAS,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, which constitutes or is derived from proceeds traceable to said offenses, and any property, used or intended to be used to facilitate said offenses, including but not limited to the assets identified-above, and:

Springfield Armory HS Produkt Model Hellcat, 9mm pistol, bearing serial number BB543961.

4. If any of the above-described property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

ANDRÉ JONES
Assistant United States Attorney

New Orleans, Louisiana
December 13, 2024

FORM OBD-34

*No.* 24-cr-58 "O"

**UNITED STATES DISTRICT COURT**

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

**KEVIN J. THOMPSON**
**NINA THOMAS**

# SUPERSEDING INDICTMENT

**SUPERSEDING INDICTMENT FOR CONSPIRACY TO COMMIT WIRE FRAUD AND NOTICE OF FORFEITURE**

**VIOLATION: Title 18 U.S.C. §§ 1349**
**18 U.S.C. §§ 1028(a)(1)**
**18 U.S.C. §§ 1957)**

*Filed in open court this* ____________ *day of* ____________ *A.D.* *2024.*

____________
*Clerk*

*Bail, $* ____________

**ANDRE' JONES**
**Assistant United States Attorney**